Reversed and Remanded and Opinion filed November 18, 2004













Reversed and Remanded and Memorandum
Opinion filed November 18, 2004

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00707-CV

____________

 

AFFILIATED REGIONAL
COMMUNICATIONS, LTD., 

d/b/a FOX SPORTS SOUTHWEST
and THIRD-PARTY ARC HOLDING LTD., 

d/b/a FOX SPORTS NET
SOUTHWEST, Appellants

 

V.

 

HOUSTON McLANE COMPANY,
INC., HOUSTON REGIONAL SPORTS NETWORK, L.P., 

ROCKET BALL, LTD., ROCKETS
PARTNER, L.P., and JTA SPORTS, INC., Appellees

__________________________________________________

 

On Appeal from the 333rd District Court

Harris County, Texas

Trial Court Cause No. 03-10943

__________________________________________________

 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed July 21, 2004.

On November 10, 2004, the parties filed a joint motion to set
aside the judgment and remand the cause to the trial court for entry of
judgment dismissing the underlying claims with prejudice and dismissal of the
pending appeal with prejudice.  See
Tex. R. App. P. 42.1.  The motion is granted.








Accordingly, the judgment is reversed and the cause remanded
to the trial court.

PER CURIAM

 

Judgment rendered and Memorandum Opinion
filed November 18, 2004.

Panel consists of Justices
Anderson, Hudson, and Frost.